■■ ROCHESTER COMMUNITY INDIVIDUAL PRACTICE ASSOCIATION, INC., Respondent, v FINGER LAKES HEALTH INSURANCE COMPANY, INC., Doing Business as FINGER LAKES BLUE CROSS, Appellant. (Appeal No. 1.) [722 NYS2d 451] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Stander,

J.—Summary Judgment.) Present—Green, J. P., Wisner, Hurlbutt and Burns, JJ.